**Order entered January 10, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01114-CV

**FRISCO ATHLETIC NETWORK, INC. D/B/A/ LONESTAR VOLLEYBALL CLUB, Appellant**

**V.**

**TRAIN KIDS NOW, INC., D/B/A DX3 ATHLETE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00767-2018**

## ORDER

The reporter's record in this case was originally due by October 12, 2019. By order dated December 4, 2019, we granted Court Reporter Kristen Kopp's second request for an extension of time to file the reporter's record and ordered the record filed by January 2, 2020. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** the reporter's record in this case to be filed within **TEN DAYS** of the date of this order. We expressly **CAUTION** Ms. Kopp that failure to comply with this order will result in the Court taking such action as is necessary to have the reporter's record filed, which may include an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable David Rippel
Presiding Judge
County Court at Law No. 4

Kristen Kopp
Court Reporter
County Court at Law No. 4

Denise Condran
Official Court Reporter
County Court at Law No. 4

All parties

/s/    KEN MOLBERG
        JUSTICE